**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

HENRY RAMON SANTIAGO RUIZ,

    Petitioner,

    v.

JEFFREY CRAWFORD, *et al.,*

    Respondents.

Case No. 2:26-cv-283

## ORDER

Petitioner Henry Ramon Santiago Ruiz filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the ICA-Farmville Detention Center in Farmville, Virginia since February 10, 2025. ECF No. 1. The petitioner asserts that he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 6. The government opposed the petition, contending that the petitioner's detention complies with *Zadvydas v. Davis*, 533 U.S. 678, 693 (2001). ECF No. 6 at 4–6.

Before the Court is an unopposed report and recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, recommends that the petition should be denied and dismissed without prejudice. ECF No. 9. Specifically, Judge Leonard concluded that because the petitioner has been detained for less than six months, his detention is presumptively reasonable; and the petitioner has not demonstrated that his removal is not reasonably foreseeable. *Id.* at 5–6 (citing *Zadvydas*, 533 U.S. at 701). However, Judge Leonard also explained

that the petitioner should be permitted to refile his request for habeas relief if he is not removed from the United States within the six-month period *Zadvydas* sanctions or if his removal becomes not reasonably foreseeable. *Id.* at 7.

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 9 at 7 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.

In the absence of a specific written objection, the Court may adopt a Magistrate Judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 9) is **ADOPTED**.

The petition (ECF No. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

The petitioner may refile his request if his detention extends beyond the six-month period provided for in *Zadvydas* or if his removal becomes not reasonably foreseeable.

The Court's March 26, 2026 Order (ECF No. 4) is **VACATED** as to the direction that the petitioner not be removed from this district.

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
June 5, 2026

3